# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Enrique Dominguez,<br>a.k.a.: Enrique Dominguez-Cortez,<br>a.k.a.: Enrique Dominguez Cortez,<br>a.k.a.: Gregorio Enrique Marrufo-Yanez,<br>a.k.a.: Gregorio Enrique Marrufo Yanez,<br>(A 074 222 180)<br>*Defendant* | Case No. 15-9465MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 27, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Enrique Dominguez, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about June 1, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Keish,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 29, 2015

_____
*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Keith Keish, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 27, 2015, after receiving a lead, the Phoenix Priority Enforcement Program encountered Enrique Dominguez at West Thunderbird Road in Glendale, Arizona. ICE officers on scene determined that Dominguez was a citizen of Mexico, unlawfully present in the United States. On the same date, ICE officers transported Dominguez to the Phoenix ICE office for further investigation and processing. Dominguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Enrique Dominguez to be a citizen of Mexico and a previously deported criminal alien. Dominguez was removed from the United States to Mexico through Brownsville, Texas, on or about June 1, 2012, pursuant to

1

the reinstatement of a previous order of removal issued by an immigration judge. There is no record of Dominguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Dominguez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Enrique Dominguez was convicted of Illegal Re-Entry, a felony offense, on August 9, 2006, in the United States District Court, Western District of Texas, El Paso Division. Dominguez was sentenced to eighty-four (84) months imprisonment and three (3) years supervised release. Dominguez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 27, 2015, Enrique Dominguez was advised of his constitutional rights. Dominguez freely and willingly acknowledged his rights and declined to make further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 27, 2015, Enrique Dominguez, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about June 1, 2012, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

Keith Keish,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 29th day of October, 2015.

Eileen S. Willett,
United States Magistrate Judge

3